ACCEPTED
06-14-00079-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/11/2015 3:52:37 PM
DEBBIE AUTREY
CLERK

NO. <u>135-06</u>

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/11/2015 3:52:37 PM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| **MONDEE STRACENER**<br>**Plaintiff,** | §<br>§<br>§ | **IN THE COURT OF APPEALS** |
| **V.** | §<br>§ | |
| **DOUG STRACENER, BERNICE L.**<br>**STRACENER AND JOEY KEITH**<br>**STRACENER**<br>**Defendants.** | §<br>§<br>§<br>§<br>§ | **6TH APPELLATE DISTRICT**<br><br>**STATE OF TEXAS** |

## APPELLANT'S MOTION TO PERMIT LATE FILING

**TO THE HONORABLE JUDGES OF THE 6TH COURT OF APPEALS, STATE OF TEXAS:**

**NOW COMES** Appellant, Mondee Stracener, and respectfully requests that the Court receive Appellant's Motion for Re-Hearing, even though late filed, and as grounds therefore would show the Court the following:

I.

The deadline for filing Appellant's Motion for Re-Hearing was Monday, August 10, 2015.

II.

Appellant's attorney, Robert M. Minton, has been out of town at El Paso, Texas for the period of time from August 2nd through the late evening of August 7th, 2015.

III.

The absence of the attorney for Appellant from his office necessarily causes a backlog of people to contact, phone messages to be returned, and fires to be put out. Due to such plethora of matters to be immediately attended to, the Motion for Re-Hearing was not filed on the 10th of August, 2015, but is filed immediately following this Motion to Permit Late Filing.

IV.

Granting this request for late filing will not delay the appellate progress of this cause of action.

**WHEREFORE, PREMISES CONSIDERED,** Appellant requests the Court to grant the Motion to Permit Late Filing, and to receive the Motion for Re-Hearing as properly filed of record.

Respectfully submitted,

MINTON & BROWN PLLC

By: _____
Robert M. Minton
Texas Bar No. 14195000
Email: mintonbrown@suddenlinkmail.com
134 N. Marshall St.
Henderson, TX 75653
Tel. (903) 657-3543
Fax. (903) 657-3545
Attorney for Plaintiff
Mondee Stracener

## CERTIFICATE OF SERVICE

I certify that on August 11th, 20154 at ___3:40___ a true and correct copy of Appellant's Motion to Permit Late Filing was served on David B. Griffith electronically at davidg@griffithlawfirm.com and the electronic transmission was reported as complete.

_____
Robert M. Minton
E-mail:mintonbrown@suddenlinkmail.com